UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6055

18 U.S.C. § 1920

CR-ZLOCH

MAGISTRATE JUDGE
SELTZER



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICHARD CUCIAK, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

On or about March 6, 1999, in Broward County, in the Southern District of Florida, the defendant,

**RICHARD CUCIAK,**

did knowingly and willfully make a false statement and report to the Department of Labor, Office of Workers' Compensation Programs ("OWCP"), knowing the same to contain a false, fictitious and fraudulent statement in connection with the receipt of compensation and benefits in excess of $1,000.00 under Title 5, Chapter 81, Subchapter I, as to a material fact; that is, the defendant stated in OWCP form EN-1032 that he was not employed or self-employed for the period covered by the OWCP form, that is, during the fifteen month period prior to March 6, 1999, when in truth and fact, as the defendant then and there well knew, the defendant had been



employed during that fifteen month period; in violation of Title 18, United States Code, Section 1920.

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| RICHARD CUCIAK | **Superseding Case Information**: |

**Court Division**: (Select One)

| | | New Defendant(s) | ___ Yes ___ No |
|---|---|---|---|
| ___ Miami | ___ Key West | Number of New Defendants | ___ |
| _X_ FTL | ___ WPB  ___ FTP | Total number of counts | ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

                                   _Kathleen Rice_
                                   KATHLEEN RICE
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Florida Bar No. 100765

*Penalty Sheet(s) attached                                                        REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name** RICHARD CUCIAK       **Case No.** _____

================================   =================================================

Count #: 1

FEDERAL EMPLOYEES' COMPENSATION FRAUD

18 U.S.C. § 1920

**Max. Penalty:**     5 YEARS' IMPRISONMENT; $250,000 FINE
=====================================================================
Count #: 2


**Max. Penalty:**
=====================================================================
Count #.


**Max. Penalty:**
=====================================================================
Count #:


**Max. Penalty:**
=====================================================================
Count #:


**Max. Penalty:**
=====================================================================

=====================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

BOND RECOMMENDATION

_____RICHARD CUCIAK_____
                           **DEFENDANT**


_$100,000 PSB_ (Surety, Recognizance, Corp. Surety, Cash)
              (Jail)(On Bond) (Warrant)(Summons)
              (Marshal's Custody)


                                    _/s/ Kathleen Rice_____
                                    KATHLEEN RICE
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Fla Bar No. 100765


**Last Known Address:**
_____
_____
_____

**What Facility:**
_____

**Agent(s):**
_____Bill Stabile, Postal_____
            (FBI)(SECRET SERVICE)(DEA)(CUSTOMS)(ATF)