AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

__SOUTHERN__   DISTRICT OF   __FLORIDA__

FILED by OM D.C.
MAR 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | CASE NO.: 00-6055-CR-Zloch |
| RICHARD CUCIAK | |

I, RICHARD CUCIAK, the above named defendant, who is accused of making a false statement in connection with the receipt of Federal employee's compensation benefits, in violation of Title 18, United States Code, Section 1920, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _March 23_, 2000, prosecution by indictment and consent that the proceeding may be by information charging a violation of Title 18, United States Code, Section 1920.

_____
Defendant RICHARD CUCIAK

_____
DAVID BOWMAN, ESQUIRE
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE