UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6055-CR-ZLOCH

UNITED STATES OF AMERICA

vs

RICHARD CUCIAK

ARRAIGNMENT INFORMATION SHEET

FILED by _____ D.C.
MAR 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 23, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM__

                     Telephone: _____

DEFENSE COUNSEL:     Name: __DAVID BOWMAN, ESQ.__

                     Address: _____

                     Telephone: _____

(BOND SET) CONTINUED:  $ __250,000.00 - Personal Surety__

Bond hearing held: yes_____ no_____   Bond hearing set for_____

Dated this __23RD__ day of __MARCH__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: __Amy Jordan__
    Deputy Clerk

Tape No. __00-017__

cc: Copy for Judge
    U. S. Attorney