## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** – FT. LAUDERDALE, FLORIDA

DEFT: RICHARD CUCIAK (surrender)    CASE NO: 00-6055-CR-ZLOCH

AUSA: KATHLEEN RICE *by Terry Thompson* ATTY: DAVID BOWMAN

AGENT: _____    VIOL: _____

PROCEEDING I/A ON INFORMATION    RECOMMENDED BOND PSB

*Filed by ___ D.C.*

BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED _____

*2 3 2000*

BOND SET @ 250,000.00 - *Personal Surety*

*CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.*

SPECIAL CONDITIONS:

1) To be cosigned by: *Lisa Bradley - Girlfriend*

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to: _____

*- Waiver of Indictment entered by defendant.*
*- Reading of information waived.*
*- not Guilty Plea entered*
*- Standing Discovery Order entered.*

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

PTD/BOND HRG: _____

PRELIM/ARRAIGN: _____

REMOVAL HRG: _____

STATUS CONF: _____

Date: 3/23/00    Time 11:00    FTL/LSS
TAPE #00- *017*    Begin: *95*    End: *250*

*6*