UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # **55248-004**

UNITED STATES OF AMERICA )
          Plaintiff ) Case Number: CR **00-6055-CR-ZLOCH**
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
**RICHARD CUCIAK** )
          Defendant

FILED 2 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
     U.S. District Court                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **3-23-00** am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **FRAUD**

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: **2-28-58**

(6) Type of Charging Document: (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: **SD/FL**

     COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: **MAG. SNOW**

(7) Remarks: _____

(8) Date: **3-23-00**  (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments:

7