UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6055-CR-ZLOCH



UNITED STATES OF AMERICA

v.

RICHARD CUCIAK

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
April 20, 2000 at 1:30 PM

CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

*(signature)*
BY DEPUTY CLERK

DATE: April 12. 2000

cc:
Kathleen Rice, Esq., AUSA
David Bowman, Esq.