UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by ___ D.C.
APR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6055-CR-Zloch   DATE 4-20-00
CLERK Carrline Newby   REPORTER Carl Schanzleh
PROBATION ___   INTERPRETER ___

UNITED STATES OF AMERICA v. Richard Cuciak

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL David Bowman

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to 1 Count Information

RESULT OF HEARING Court accepted plea & adjudged deft guilty to the 1 Count Information

JUDGMENT ___

CASE CONTINUED TO 7-14-00   TIME 11:00   FOR Sentencing

MISC Written Plea Agreement


15