UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO.   #00-6055Cr-ZLOCH

    Plaintiff,                                      JUDGE:  ZLOCH

v.

RICHARD CUCIAK,

    Defendant.
_____/

### MOTION TO CONTINUE SENTENCING DATE
### AND TIME FOR FILING OBJECTIONS TO P.S.I.

COMES NOW the Defendant, RICHARD CUCIAK, by and through his Undersigned counsel, moves this Honorable Court to continue the Sentencing in this matter currently scheduled for July 14, 2000, and the time for filing objections to P.S.I., and as grounds for this Motion would submit as follows:

1. Sentencing in this matter is presently set for July 14, 2000.

2. Undersigned counsel needs more time to respond to the Pre-Sentence Investigation Report.

3. The Defendant has a lengthy history of mental health issues going back twenty five (25) years.

4. The Defendant has a partial disability for mental health related reasons. The Defendant is seeking help from Veterans Authority for mental health related problems and at present is under the supervision of mental health counselors, and is believed to be receiving prescribed medications.

5. Undersigned counsel needs time to get records compiled and assimilated so as to be



able to present an accurate picture of the Defendant's health.

6. The Defendant also has a lengthy history of alcohol and substance abuse which also requires time to be documented.

7. The Defendant has a duel diagnosis of mental health and substance abuse problems.

8. Assistant United States Attorney Kathleen Rice has been contacted regarding this Motion and she has no objection to a continuance on the grounds mentioned above.

WHEREFORE, for the foregoing reasons the Defendant would request this Honorable Court grant this Motion to Continue Sentencing Date and postpone the Sentencing for a later time, or for any other relief this Court deems just and proper.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue Sentencing Date has been provided by U.S. Mail to the Office of the United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida, 33394-3002, as well as Kathleen Rice, c/o U.S. Probation, 299 E. Broward Boulevard, Room 409, Fort Lauderdale, this 26th day of June, 2000.

Respectfully submitted,

DAVID BOWMAN, P.A.
Counsel for Accused
Southtrust Tower, #700
1 East Broward Boulevard
Fort Lauderdale, FL 33301
(954) 356-0434

DAVID BOWMAN, ESQ.
Florida Bar No.

2.