UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6055-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.                            O R D E R

RICHARD CUCIAK

    Defendant
_____

THIS MATTER is before the Court upon Motion To Continue Sentencing Date And Time For Filing Objections To PSI (filed June 27, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED. Sentencing of the above-named defendant is hereby reset to August 25, 2000 at 2:00 P.M., Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida. Objections to Presentence Report shall be filed by August 11, 2000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____10th____ day of July, 2000.

                                        _____
                                        WILLIAM J. ZLOCH
                                        Chief United States District Judge

cc:
Kathleen Rice, Esq., AUSA
David Bowman, Esq.
Probation