UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. #00-6055 Cr-ZLOCH

Plaintiff,

JUDGE: ZLOCH

v.

RICHARD CUCIAK,

Defendant.
_____/

## MOTION TO CONTINUE SENTENCING DATE AND TIME FOR FILING OBJECTIONS TO P.S.I

COMES NOW the Defendant, RICHARD CUCIAK, by and through his undersigned counsel, moves this Honorable Court to continue the Sentencing in this matter currently scheduled for August 25, 2000, and the time for filing objections to P.S.I, and as grounds for this Motion would submit as follows:

1. Sentencing in this matter is presently set for August 25, 2000.

2. Undersigned counsel needs additional time to respond to the Pre-Sentence Investigation Report.

3. As stated in the prior Motion To Continue Sentencing Date And Time For Filing Objections To P.S.I:

    A. The Defendant has a lengthy history of mental health issues going back twenty five (25) years;

    B. The Defendant has a partial disability for mental health and is currently obtaining help from the Veterans Administration and is under the supervision of mental health counselors and is believed to be receiving prescribed medications which are being adjusted.



4. Undersigned counsel has very recently obtained information from the VA that Defendant's disability is a result of "PSYCHOSIS, SCHIZOPRHENIA RESIDUAL AND OTHER".

5. Undersigned counsel continues to need additional time to get records compiled and assimilated so as to be in a position to present an accurate portrayal of Defendant's mental health (as well as to document a lengthy record of diagnosed alcohol and substance abuse). The compilation of records has been difficult because of the length of time (25 years) and the different locations across the U.S. where mental health records are believed to exist.

6. Assistant United States Attorney Kathleen Rice has been contacted regarding this Motion and she has no objection to a continuance on the grounds mentioned above.

**WHEREFORE,** for the foregoing reasons the Defendant would request this Honorable Court grant this Motion To Continue Sentencing Date and postpone the Sentencing for a later time, or for any other relief this Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion To Continue Sentencing Date has been provided by U.S. Mail to AUSA Kathleen Rice, c/o the Office of the United States Attorney 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394-3002, and Tracey Webb, c/o U.S. Probation, 299 E. Broward Boulevard, Room 409, Fort Lauderdale, Florida 33301 this 9th day of August, 2000.

Respectfully submitted,
DAVID S. BOWMAN, P.A.
Counsel for Accused
SouthTrust Tower, #700
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
(954) 356-0434

By: _David S. Bowman_
David S. Bowman, Esq.
FBN: 160677