UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6055-CR-ZLOCH

FILED by _____ D.C.
AUG 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

v.                                                     O R D E R

RICHARD CUCIAK

    Defendant
_____

THIS MATTER is before the Court upon Motion To Continue Sentencing Date and Time For Filing Objections to PSI (filed August 10, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Sentencing of the defendant RICHARD CUCIAK is hereby reset to September 22, 2000 at 9:30 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida. The defendant shall have until September 15, 2000 in which to file objections to the PSI.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____15th_____ day of August, 2000.

/s/ William J. Zloch
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Kathleen Rice, Esq., AUSA
David Bowman, Esq.
Probation

