UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6055-CR-ZLOCH

FILED by _____ D.C.

AUG 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

RICHARD CUCIAK

TYPE OF CASE _____    CRIMINAL .

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                                COURTROOM A
299 E. BROWARD BLVD.                   DATE & TIME:
FT. LAUDERDALE, Fl, 33301         September 27, 2000, at 9:30 AM

SENTENCING - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 28, 2000

cc:
Kathleen Rice, Esq., AUSA
David Bowman, Esq.
Probation