UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. #00-6055 CR-ZLOCH

Plaintiff,

JUDGE: ZLOCH

v.

RICHARD CUCIAK,

Defendant.
_____/

## MOTION TO CONTINUE SENTENCING DATE
## AND TIME FOR FILING OBJECTIONS TO P.S.I

COMES NOW the Defendant, RICHARD CUCIAK, by and through his undersigned counsel and moves this Honorable Court to continue the Sentencing in this matter currently scheduled for September 22, 2000, and the time for filing objections to P.S.I, and as grounds for this Motion would submit as follows:

1. Sentencing in this matter is presently set for September 22, 2000.

2. Undersigned counsel needs additional time to respond to the Pre-Sentence Investigation Report.

3. As stated in the prior Motion(s) To Continue Sentencing Date And Time For Filing Objections To P.S.I:

A. The Defendant has a lengthy history of mental health issues going back twenty five (25) years and medical records are believed by Defendant to exist over this long time span and at different locations in the United States.

B. The Defendant has a partial disability for mental health and is currently obtaining help from the Veterans Administration and is under the supervision of mental health counselors.

4. As part of Defendant's mental disease undersigned counsel is experiencing trouble obtaining all salient records.

5. Undersigned counsel has obtained VA records which span the time period from 1995 to July 18, 2000 which reflect the following diagnosis and other information: "... taking Prozac and Haldal because of a psychotic episode"; "39 year old Vet ... Psychosis Schiz Residual 10%; and "DSM IV DX Axis I Obsessive Compulsive D/O is presumptive DX or psychosis schizophrenia and other which is S/C DX. Further, the VA records show that Defendant was put on the following medication : "Luvox 50mg AM and 100 mg Temazepam 15 mg HS and Perphenazine 4mg HS....".

In addition, the undersigned has obtained records of CPC Fort Lauderdale, Hospital as to an admission from July 19, 1996 to July 23, 1996 with a diagnostic impression of "AXIS I:   MAJOR DEPRESSION SEVERE RECURRENT WITH PSYCHOTIC FEATURES R/O SCHIZO AFFECTIVE DISORDER ...AXIS IV:    PSYCHOSOCIAL STRESSORS: SEVERE WITH CHRONIC PSYCHIATRIC ILLNESS" and a Discharge Diagnosis of : "AXIS I:    MAJOR DEPRESSION, RECURRENT, WITH PSYCHOTIC FEATURES... AXIS IV: SEVERE".

6. The Defendant and undersigned counsel need now to engage a Psychiatrist, Psychologist or other mental health expert to commence reviewing records and preparing for testimony.   The client now has no monies to pay for the cost of such expert and undersigned counsel is concurrently filing a Motion For Indigency in this regard.

7. Undersigned counsel has been unable to contact Assistant United States Attorney Kathleen Rice in order to determine whether she has an objection to this Motion.

**WHEREFORE,** for the foregoing reasons the Defendant would request this Honorable Court grant this Motion To Continue Sentencing Date and postpone the Sentencing for a later time, or for any other relief this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion To Continue Sentencing Date has been provided by U.S. Mail to AUSA Kathleen Rice, c/o the Office of the United States Attorney 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394-3002, and Tracey Webb, c/o U.S. Probation, 299 E. Broward Boulevard, Room 409, Fort Lauderdale, Florida 33301 this 15th day of September, 2000.

                                        Respectfully submitted,

                                        DAVID S. BOWMAN, P.A.
                                        Counsel for Accused
                                        SouthTrust Tower, #700
                                        1 East Broward Boulevard
                                        Ft. Lauderdale, FL 33301
                                        (954) 356-0434

                                        By: _David S. Bowman_
                                        David S. Bowman, Esq.
                                        FBN: 160677