UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. #00-6055 Cr-ZLOCH

    Plaintiff,   JUDGE: ZLOCH

v.

RICHARD CUCIAK,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR INDIGENCY

COMES NOW the Defendant, by and through his undersigned counsel, and moves this Court to declare the Defendant indigent, and as grounds therefore would state the following:

1. The Defendant was laid off from work and has just started work with a new employer.

2. The Defendant has a negative net worth as shown in the Presentence Investigation Report. In this regard he has negative equity in a residence. He owns a 1988 Chevrolet minivan with less than $1,300.00 in equity. He owns a 1995 Harley Davidson Sportster with equity of less than $2,000.00. He has a personal checking account with a balance of $20.00 and a personal savings account with a $30.00 balance.

He owes the Internal Revenue Service $1,800.00, he owes $6,500.00 in credit card debt and owes Alfred Adessi $3,000.00.

His net worth is negative in the approximate amount of $11,300.00 and he has just recently become reemployed.

**WHEREFORE,** for the foregoing reasons, Counsel would request that this Court declare the Defendant indigent in this matter.

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion To Continue Sentencing Date has been provided by U.S. Mail to AUSA Kathleen Rice, c/o the Office of the United States Attorney 500 E. Broward Boulevard, 7th Floor. Fort Lauderdale. Florida 33394-3002, and Tracey Webb, c/o U.S. Probation, 299 E. Broward Boulevard, Room 409, Fort Lauderdale, Florida 33301 this 5 day of September, 2000.

Respectfully submitted,

DAVID S. BOWMAN, P.A.
Counsel for Accused
SouthTrust Tower, #700
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
(954) 356-0434

By: _____
David S. Bowman, Esq.
FBN:  160677

2