UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6055-CR-ZLOCH



UNITED STATES OF AMERICA

    Plaintiff

        v.

RICHARD CUCIAK

    Defendant

O R D E R

THIS MATTER is before the Court upon Motion To Continue Sentencing Date (filed September 15, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Sentencing of the defendant RICHARD CUCIAK is hereby reset to November 6, 2000 at 2:30 P.M., Courtroom A, 299 East Broward Broulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _26th_ day of September, 2000.

                              WILLIAM J. ZLOCH
                              Chief United States District Judge

cc:
Kathleen Rice, Esq., AUSA
David Bowman, Esq.
Probation