-cr-06055-WJZ    Document 25    Entered on FLSD Docket 09/28/2000    P

FILED by _____ D.C.
SEP 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6055-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

vs.

RICHARD CUCIAK

    Defendant

_____

**ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE
JUDGE BARRY S. SELTZER**
Re: Defendant's Motion for
    Indigency

THIS MATTER is before the Court upon Defendant's Motion For Indigency (filed September 15, 2000) and the Court having carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED** that pursuant to the provisions of 28 U.S.C. Section 636 and pursuant to Rule 1 of the Magistrate Rules for the United States District Court, Southern District of Florida, the aforementioned Motion be and the same is hereby referred to the Honorable United States Magistrate Barry S. Seltzer for disposition.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _28th_ day of _SEPTEMBER_, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

cc: Honorable Barry S. Seltzer
    Kathleen Rice, Esq., AUSA
    David S. Bowman, Esq.