COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Richard Cuciak (B) | CASE NO: | 00-6055-CR-Zloch |
| AUSA: | Kathleen Rice /Bruce | ATTNY: | David Bowman present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Motion for indigence | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____ D.C.

___ BOND SET @ _____

OCT 6 2000

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring

Δ - sworn
Δ - found indigent
for purposes of
getting psychiatric
exam

Atty Bowman to do
order

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___

DATE: 10-6-00   TIME: 11:00am   TAPE # 00-079   PG # 8
480-813

26