UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. #00-6055 Cr-ZLOCH

    Plaintiff,    JUDGE: ZLOCH

v.

RICHARD CUCIAK,

    Defendant.
_____/

## MOTION FOR AUTHORIZATION FOR PSYCHOLOGIST AND FEES IN EXCESS OF CAP

COMES NOW the Defendant, RICHARD CUCIAK, by and through his undersigned counsel, and moves this Honorable Court to authorize psychologist fees in excess of the cap and would submit as follows:

1. The Defendant, at Hearing before U.S. Magistrate Judge Barry S. Seltzer on October 6, 2000 was found indigent for purposes of a private psychiatrist or psychological evaluation and testing.

2. The Defendant, in addition to a lengthy history of mental health issues, has a history of alcohol and drug addiction issues. Undersigned counsel has reviewed and investigated this history.

3. Accordingly, the Defendant and undersigned counsel need to engage a psychiatrist or psychologist who is versed in addiction issues in addition to mental health issues.

4. The undersigned counsel has conversed with Lucy Lara, CJA Administrator, United



States District Court, Southern District and Ms. Lara states that there is a cap of $1,000.00 for psychological evaluation including testimony as to the CJA and a Motion needs to be filed with the Court for authorization of fees beyond this amount.

5. The Defendant and undersigned counsel have attempted to locate a psychiatrist or psychologist who can perform an evaluation, interface addiction issues and give testimony for under $1,000.00 to no avail.

6. The Defendant and undersigned counsel have, however, located Ryan & Uchin, Inc. d/b/a FAMILY INSTITUTE, 1144 S.E. 3rd Avenue, Ft. Lauderdale, Florida 33316 to perform an evaluation, interface addiction issues and give testimony. FAMILY INSTITUTE has expertise as to addiction issues as well as mental health issues.

7. Undersigned counsel has been advised by FAMILY INSTITUTE that its fees will be up to $1,750.00 for such services (8 hours of evaluation involving review and obtaining of records and testing and analysis and 2 hours for testimony for a total of 10 hours at $175.00 per hour).

WHEREFORE, Defendant and undersigned counsel request advance authorization for utilization of FAMILY INSTITUTE and payment from CJA funds for the fees of FAMILY INSTITUTE for up to $1,750.00.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion To Continue Sentencing Date has been provided by U.S. Mail to AUSA Kathleen Rice, c/o the Office of the United States Attorney 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394-3002, and Tracey Webb, c/o U.S. Probation, 299 E. Broward Boulevard, Room 409, Fort Lauderdale, Florida 33301 this 24th day of October, 2000.

Respectfully submitted,

DAVID S. BOWMAN, P.A.
Counsel for Accused
SouthTrust Tower, #700
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
Tel: (954) 356-0434
Fax: (954) 356-0438

By: _____
David S. Bowman, Esq.
FBN: 160677