# United States District Court

for

## SOUTHERN FLORIDA

U. S. A. vs. CUCIAK, RICHARD            Docket No. 00-6055-CR-ZLOCH

### Petition for Action on Conditions of Pretrial Release

COMES NOW <u>GAVIN B. CHURCHILL</u> PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>RICHARD CUCIAK</u> who was placed under pretrial release supervision by the Honorable <u>LURANA S. SNOW</u> sitting in the court at <u>FT. LAUDERDALE</u>, on the <u>23RD</u> day of <u>MARCH</u>, 2000 under the following conditions:

1. Report to Pretrial Services as directed;
2. Travel is restricted to the State of Florida; and
3. Drug and alcohol testing as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On October 6, 2000 the defendant reported to Pretrial Services and submitted an urinalysis. On October 14, 2000 Pharmchem Laboratories confirmed the defendant's urinalysis as positive for Cannabis. Contact was made with the defendant on October 19, 2000, and the defendant admits to using marijuana.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE MODIFIED TO INCLUDE DRUG TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.**

ORDER OF COURT

Considered and ordered this _23rd_ day of _OCTOBER 2000_ and ordered filed and made a part of the records in the above case.

_William J. Zloch_
Honorable William J. Zloch, Chief
U. S. District Court Judge

Respectfully,

_Gavin B. Churchill_
Gavin B. Churchill
U.S. Pretrial Services Officer

Place    FT. LAUDERDALE, FLORIDA

Date    10/19/2000