UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. #00-6055 Cr-ZLOCH

    Plaintiff,   JUDGE: ZLOCH

v.

RICHARD CUCIAK,

    Defendant.
_____/

## MOTION TO CONTINUE SENTENCING DATE AND TIME FOR FILING OBJECTIONS TO P.S.I

COMES NOW the Defendant, RICHARD CUCIAK, by and through his undersigned counsel, moves this Honorable Court to continue the Sentencing in this matter currently scheduled for November 6, 2000, and the time for filing objections to P.S.I, and as grounds for this Motion would submit as follows:

1. Sentencing in this matter is presently set for November 6, 2000.

2. Undersigned counsel needs additional time to respond to the Pre-Sentence Investigation Report.

3. As stated in the prior Motion To Continue Sentencing Date And Time For Filing Objections To P.S.I:

    A. The Defendant has a lengthy history of mental health issues going back twenty five (25) years;

    B. The Defendant has a partial disability for mental health and is currently obtaining help from the Veterans Administration and is under the supervision of mental health counselors and is believed to be receiving prescribed medications which are being adjusted.

4. The Defendant, at Hearing before U.S. Magistrate Judge Barry S. Seltzer on October 6, 2000, was found indigent for purposes of getting a psychiatric or psychological evaluation.

5. The Defendant, in addition to a lengthy history of mental health issues, has a history of drug and alcohol addiction issues.

6. The Defendant's undersigned counsel has, since the ruling of said U.S. Magistrate on October 6, 2000, attempted to locate a psychiatrist or psychologist who also is versed in addictionology to evaluate the Defendant. Undersigned counsel has located, in this regard, RYAN & UCHIN, INC. d/b/a FAMILY INSTITUTE to perform the evaluation since FAMILY INSTITUTE has the requisite degree of expertise in addictionology in addition to psychological evaluation expertise.

7. The Family Institute states that its fees for such evaluation services and testimony will be up to $1,750.00 (10 hours at $175.00 per hour). Since this sum exceeds the $1,000.00 CJA cap, Defendant is concurrently filing a Motion For Authorization For Psychologist Fees In Excess of The Cap.

8. Due to the time involved in the foregoing process regarding a request for advance authorization for fees for FAMILY INSTITUTE and time involved in the process of evaluation by the FAMILY INSTITUTE involving the review of records that it determines it needs, testing and preparation for testimony. Defendant requests an extension of time for sentencing.

9. Undersigned counsel has been unable to contact Assistant United States Attorney, Kathleen Rice, in order to determine whether she has an objection to this Motion.

WHEREFORE, for the foregoing reasons the Defendant would request this Honorable Court grant this Motion To Continue Sentencing Date and postpone the Sentencing for a later time, or for any other relief this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion To Continue Sentencing Date has been provided by U.S. Mail to AUSA Kathleen Rice, c/o the Office of the United States Attorney 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394-3002, and Tracey Webb, c/o U.S. Probation, 299 E. Broward Boulevard, Room 409, Fort Lauderdale, Florida 33301 this 24th day of ~~August~~ October, 2000.

Respectfully submitted,

DAVID S. BOWMAN, P.A.
Counsel for Accused
SouthTrust Tower, #700
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
Tel: (954) 356-0434
Fax: (954) 356-0438

By: *David S. Bowman*
David S. Bowman, Esq.
FBN: 160677

3