UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. #00-6055 Cr-ZLOCH

    Plaintiff,                                      JUDGE: ZLOCH

v.

RICHARD CUCIAK,

    Defendant.

_____/

## NOTICE OF INTENT
## TO FILE MOTION FOR
## DOWNWARD DEPARTURE

COMES NOW, the Defendant, RICHARD CUCIAK, by and through his undersigned

counsel and files the Notice Of Intent To File Motion For Downward Departure and states as

follows:

1. As stated in Motions To Continue Sentencing Date, there is some indicia of Defendant

possibly having mental health issues.

2. Sentencing is scheduled for November 6, 2000.

3. As a result of this Court having granted on or about October 27, 2000, Defendant's

Motion For Authorization For Psychologist And Fees In Excess Of Cap, Family Institute will be

inititiating the psychological evaluation process as to Defendant during the week of October 30,

2000 through November 3, 2000.

4. Defendant's undersigned counsel is not in possession of a report from Family Institute

as of the date of this Notice. However, in an abundance of caution, Defendant is filing this Notice

to notify the Court that the issue of mental health may arise and a Motion For Downward Departure

may be filed, close in time to said sentencing date of November 6, 2000.

5. Counsel is aware of his requirements under Paragraph 6 of Administrative Order No. 95-02, and should expert testimony pose a risk that testimony would extend the sentencing proceeding beyond one (1) hour, undersigned counsel will notify the Court.

DATED:    October 30, 2000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion To Continue Sentencing Date has been provided by U.S. Mail to AUSA Kathleen Rice, c/o the Office of the United States Attorney 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394-3002, and Tracey Webb, c/o U.S. Probation, 299 E. Broward Boulevard, Room 409, Fort Lauderdale, Florida 33301 this 30th day of October, 2000.

Respectfully submitted,
DAVID S. BOWMAN, P.A.
Counsel for Accused
SouthTrust Tower, #700
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
(954) 356-0434

By: _____

David S. Bowman, Esq.
FBN:   160677