UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6055-CR-ZLOCH



UNITED STATES OF AMERICA

    Plaintiff

    V.

RICHARD CUCIAK

    Defendant

O R D E R

THIS MATTER is before the Court upon the Motion For Authorization For Psychologist and Fees In Excess of Cap (filed October 24, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Fees and costs shall not exceed $1,750.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of October, 2000.

                                        */s/ William J. Zloch*
                                        WILLIAM J. ZLOCH
                                        Chief United States District Judge

cc:
Kathleen Rice, Esq., AUSA
David Bowman, Esq.