UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6055-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.

RICHARD CUCIAK

    Defendant

O R D E R

THIS MATTER is before the Court upon the Motion To Continue Sentencing Date and Time For Filing Objections to P.S.I. (filed October 24, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of October, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Kathleen Rice, Esq., AUSA
David Bowman, Esq.