**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6055-CR-ZLOCH**

FILED by _____ D.C.
OCT 31 2000

UNITED STATES OF AMERICA

     v.                         NOTICE

RICHARD CUCIAK

**TYPE OF CASE**              CRIMINAL

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE**                          **COURTROOM A**
**299 E. BROWARD BLVD.**        **DATE & TIME:**
**FT. LAUDERDALE, Fl, 33301**  **November 16, 2000, at 1:30 PM**

**SENTENCING - RESET BY COURT**

                                            CLARENCE MADDOX
                                            CLERK OF COURT

                                            */s/ Caroline T. Kenby*
                                            BY DEPUTY CLERK

DATE: October 31, 2000

cc:
Kathleen Rice, Esq., AUSA
David Bowman, Esq.,
Probation

33