UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6055-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.

RICHARD CUCIAK

    Defendant

O R D E R



THIS MATTER is before the Court upon the Emergency Unopposed Motion To Continue Sentencing Date and Time For Filing Objections to P.S.I. (filed November 14, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Sentencing of the defendant RICHARD CUCIAK is hereby reset to December 7, 2000 at 1:30 PM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida. Objections to the Presentence Report shall be filed by November 30, 2000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____17th_____ day of November, 2000.

                               WILLIAM J. ZLOCH
                               Chief United States District Judge

cc:
Kathleen Rice, Esq., AUSA
David Bowman, Esq.
Probation