UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
DEC 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6055-CR-Zloch  DATE 12-7-00
CLERK Carline Newby  REPORTER Carl Schanzleh
PROBATION Tracey Welsh  INTERPRETER _____

UNITED STATES OF AMERICA v. Richard Cuciak

U. S. ATTORNEY Kathleen Rice  DEFT COUNSEL David Bowman

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Court grants deft's ore
tenus mtn for downward departure -
5K2.0 - Ct 1 - 6 months custody of BOP - 2 yrs
Supervised Release -
JUDGMENT $33,480 Restitution - $100
assessment -
Spc Conds. - Participate in mental health
substance abuse program - Provide
CASE CONTINUED TO _____ TIME _____ FOR
full financial disclosure - Execution
MISC of sentence is deferred until noon
1-31-01 - Ct Recommends Butner, NC
to treat deft's mental conditions -

37